UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of Brenda J. Little | ORDER<br><br>WSBA NO. 17688 |

The Court is in receipt of Ms. Little's recently-filed Petition for Readmission, accompanied by a Memorandum of Points and Authorities and a declaration from Ms. Little herself. Dkt. No. 19. She seeks readmission to federal practice before this Court following her suspension from practice before this Court in June of 2010. *See* Order of Reciprocal Discipline, Dkt. No. 3.

A prerequisite for eligibility for admission to practice before the bar of this Court is membership in good standing in the Washington State. GR 2(b). It is axiomatic that anyone not a member in good standing of the Washington State Bar is not eligible for admission (or readmission), absent certain exigent circumstances discussed below.

1      Ms. Little does not state that she is a member in good standing of the Washington State Bar. Her status with the Washington State Bar Association is currently listed as "Disability Inactive." Dkt. No. 18. The Court does not consider that status to be the equivalent of "membership in good standing" for purposes of readmission to federal practice.

     The General Rules require the imposition of reciprocal discipline upon any attorney who has been subjected to discipline by the Bar of any jurisdiction "unless the attorney demonstrates by clear and convincing evidence that

> i. The procedure in the other jurisdiction was so lacking in notice or opportunity to be heard as to constitute a deprivation of due process;
> ii. There was such an infirmity of proof establishing the misconduct as to give rise to a clear conviction that the court should not accept as final the other jurisdiction's conclusion(s) on the subject;
> iii. The imposition of like discipline would result in a grave injustice;
> iv. Other substantial reasons exist so as to justify not accepting the other jurisdiction's conclusion(s)."

GR 2(6)(G).

     Ms. Little made no such claims at the time the Order of Reciprocal Discipline was originally filed and she makes no such claims in her latest Petition for Readmission. In the absence of any such allegations and any evidence that she is a member in good standing of the Washington State Bar, she has no grounds upon which to seek readmission to federal practice before this Court.

     IT IS ORDERED that the Petition for Readmission is DENIED.

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated this _14th_ day of October, 2011.

Marsha J. Pechman
Chief United States District Judge

ORDER ON PETITION FOR READMISSION
WSBA NO. 17688- 3